**UNITED STATES DISTRICT COURT**        **EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CASE NO. 1:12-CR-18(5) |
| | § | |
| ERIC LAPAUL HARPER | § | |

### ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT

After conducting a proceeding in the form and manner prescribed by Fed. R. Crim. P. 11, the Honorable Zack Hawthorn, United States Magistrate Judge, made and filed Findings of Fact and Recommendations regarding the Defendant's plea of guilty to Count One of the First Superseding Indictment in the above-numbered case. The Magistrate Judge accepted the Defendant's guilty plea, recommends that the Defendant be adjudged guilty of the offense to which he pleaded guilty, and recommends that the court conditionally accept the Defendant's plea agreement until the Court has reviewed the presentence report.

The parties do not object to the Magistrate Judge's findings and conclusions, and the Court is of the opinion that they should be and are **ADOPTED**. Further, the Court **RATIFIES** the Magistrate Judge's acceptance of the guilty plea. Accordingly, it is **ORDERED:**

1. That the Defendant is adjudged **GUILTY** of the offense alleged in Count One (1) of the Superseding Indictment, a violation of 21 U.S.C. § 846; and

2. The Court conditionally accepts the Defendant's plea agreement pending the Court's review of the presentence report.

SIGNED at Sherman, Texas, this 13th day of February, 2013.

_____

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE